# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 7:06-cr-00121-LSC-JEO |
| ) | |
| HUSAIN ABDUL ALIM and ) | |
| NUR YASSIN ADEM ) | |

## MEMORANDUM OPINION

This matter is before the court on the defendants' motions to suppress the evidence. (Docs. 32 & 34). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motions to suppress the evidence are due to be denied.

Done this 14th day of August 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153